IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kennith Jackson, | NO. C 06-03009 JW |
| Plaintiff, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| San Jose Police Dept., et al., | |
| Defendants. | |

    The Court moves the case management conference currently scheduled for September 25, 2006 to **September 18, 2006 at 10 a.m.** to coincide with the hearing on Defendants' motions. Please note that the hearing is at the 9 a.m. calendar and the conference is at the 10 a.m. calendar. The parties shall file a joint case management statement by Friday, September 15, 2006.

Dated: September 12, 2006

                                                   JAMES WARE
                                                   United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Michael Rollo david.rollo@cco.sccgov.org
Nkia Desiree Richardson cao.main@sanjoseca.gov

**Dated: September 12, 2006**                                   **Richard W. Wieking, Clerk**

                                                            **By:   /s JW Chambers**
                                                                   **Elizabeth Garcia**
                                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California