IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kennith Jackson, | NO. C 06-03009 JW |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| San Jose Police Dept., et al., | |
| Defendants. | |

The Court deems Defendants' Motion to Dismiss in the above entitled matter appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on September 18, 2006 is vacated.

The case management conference currently scheduled for September 18, 2006 is also vacated. The Court will schedule a new case management conference in its order ruling on Defendants' Motion to Dismiss.

Dated: September 13, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Michael Rollo david.rollo@cco.sccgov.org
Nkia Desiree Richardson cao.main@sanjoseca.gov

Kenny Jackson
518 E. Santa Inez Avenue
San Mateo, CA 94401

**Dated: September 13, 2006**                                **Richard W. Wieking, Clerk**

**By:   /s JW Chambers
          Elizabeth Garcia
          Courtroom Deputy**

United States District Court
For the Northern District of California